IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LENNIE LANELL MOORE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:14-CV-2073-L** |
| | § | |
| **CAROLYN W. COLVIN, Commissioner** | § | |
| **of the Social Security Administration**, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the court is the Motion for Summary Judgment (Doc. 14), filed August 28, 2014,  by Plaintiff; and Defendant's Motion for Summary Judgment (Doc. 18), filed November 26, 2014. Plaintiff filed this appeal on June 6, 2014, from the decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for disability insurance benefits. The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 10, 2015, recommending that the court grant the Defendant's Motion for Summary Judgment, affirm in all respects the final decision of the Commissioner of the Social Security Administration ("Commissioner"), and deny Plaintiff's Motion for Summary Judgment.  No objections to the Report were filed.

Having reviewed the pleadings, file, record, applicable law, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court.  Accordingly, the court **grants** Defendant's Motion for Summary Judgment (Doc. 18); **denies**

Plaintiff's Motion for Summary Judgment (Doc. 14); **affirms** the Commissioner's decision; and **dismisses with prejudice** this appeal.

      **It is so ordered** this 27th day of February, 2015.

                                    Sam A. Lindsay
                                  United States District Judge

**Order – Page 2**